UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIODIVISION

| | | |
|---|---|---|
| ALBERETTA G. WILLIAMS, <br> *Plaintiff* | § § § | |
| v. | § § | Case No.  SA-22-CA-00624-XR |
| SELECT PORTFOLIO SERVICING, INC., <br> *Defendant* | § § § | |

## ORDER

On this date, the Court considered the status of this case. On June 22, 2022, the Court ordered the parties to confer and submit (1) a proposed scheduling order and (2) a Rule 26(f) Report by July 22, 2022. ECF No. 4. The parties have submitted no such proposed scheduling order or Rule 26(f) Report and have not requested an extension of time in which to do so.

Therefore, the Court **ORDERS** the parties to submit a proposed scheduling order and a Rule 26(f) Report, in compliance with this Court's previous order of June 22, 2022, no later than **August 12, 2022**.

It is so **ORDERED**.

SIGNED this 1st day of August, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE